```
                    UNITED STATES DISTRICT COURT
                   WESTERN DISTRICT OF WASHINGTON
                             AT SEATTLE
```

JOSEPH A. JIMICUM, JR., )
) CASE NO.   C10-1609-RSL-MAT
    Petitioner, )           (CR07-0303-RSL)
)
    v. )
) ORDER STRIKING
UNITED STATES OF AMERICA, ) EVIDENTIARY HEARING
)
    Respondent. )
)

Petitioner filed an unopposed motion to strike the evidentiary hearing scheduled in this matter. (Dkt. 15.) The evidentiary hearing is, accordingly, hereby STRICKEN from the calendar.

DATED this   11th   day of May, 2011.

/s/ Mary Alice Theiler
Mary Alice Theiler
United States Magistrate Judge

ORDER
PAGE -1