01

02

03

04

05

06

07                             UNITED STATES DISTRICT COURT
                            WESTERN DISTRICT OF WASHINGTON
08                                      AT SEATTLE

09  JOSEPH A. JIMICUM, JR.,                    )
                                               )   CASE NO.      C10-1609-RSL-MAT
10          Petitioner,                        )                 (CR07-0303-RSL)
                                               )
11          v.                                 )
                                               )   REPORT AND RECOMMENDATION
12  UNITED STATES OF AMERICA,                  )
                                               )
13          Respondent.                        )
    _____        )

14

15                      INTRODUCTION AND SUMMARY CONCLUSION

16          Petitioner, proceeding with counsel, filed a Motion to Dismiss with Prejudice the 2255

17  Petition and to Strike Evidentiary Hearing.  (Dkt. 15.)  Counsel for petitioner attests that, after

18  his investigation into this case and following extensive discussions with petitioner, petitioner

19  agreed that a motion to dismiss the petition and strike the evidentiary hearing was appropriate.

20  (Dkt. 15 at 2.)  Petitioner signed a Declaration of Petitioner Withdrawing 2255 Petition

21  reflecting his decisions to forgo the evidentiary hearing and to withdraw his petition.  (*Id*., Ex.

22  A.)  Counsel for petitioner attests that respondent was informed of the decision and does not

REPORT AND RECOMMENDATION
PAGE -1

01  oppose the motion.   (*Id*. at 1.)

02       Given the above, the Court recommends that this matter be DISMISSED with prejudice.

03  The Court further concludes that petitioner is not entitled to a certificate of appealability with

04  respect to his claims.   *See*  28  U.S.C.  §  2253(c)(2).   A  proposed  Order  of  Dismissal

05  accompanies this Report and Recommendation.

06       DATED this 12th day of May, 2011.

07

08  _____

     Mary Alice Theiler

09  United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

REPORT AND RECOMMENDATION
PAGE -2