UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| JOSEPH A. JIMICUM, JR., | ) | CASE NO.   C10-1609-RSL |
| | ) |                        (CR07-303-RSL) |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER GRANTING PETITIONER'S |
| | ) | AGREED MOTION TO DISMISS |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

The Court, after receiving petitioner's agreed motion to dismiss (Dkt. 15) , the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and Order:

(1)   The Court adopts the Report and Recommendation;

(2)   Petitioner's agreed motion to dismiss (Dkt. 15) is GRANTED, and this case is DISMISSED, with prejudice;

(3)   Petitioner is DENIED issuance of a certificate of appealability with respect to his claims, and

(4)   The Clerk is directed to send copies of this Order to petitioner, to counsel for

ORDER GRANTING PETITIONER'S
AGREED MOTION TO DISMISS
PAGE -1

01       respondent, and to Judge Theiler.

02       DATED this 18th day of May, 2011.

03

04                                    *signature*
                                      Robert S. Lasnik
05                                    United States District Judge

ORDER GRANTING PETITIONER'S
AGREED MOTION TO DISMISS
PAGE -2